# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

HUBERT LEE ALLEN

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) Civil Action No. 1:26-cv-00172 |
| LOWELL GRIFFIN, In his Official Capacity as Sheriff | ) |
| of Henderson County; JAMES MCCLURE, | ) |
| Individually; BRADY GARREN, Individually; and | ) |
| WESTERN SURETY COMPANY, as Surety on the | ) |
| Official Bond of Sheriff Lowell Griffin. ✚ | ) |
| *Defendant* |  |

REC'D USMS W/NC A
'26 JUN 16 AM 11:1

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LOWELL GRIFFIN
Office of the Sheriff of Henderson County
100 North Grove Street
Hendersonville, North Carolina 28792

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL LOUIS BIDWELL
THE BIDWELL LAW FIRM, PA
207 Hillside Street
Asheville, North Carolina 28801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date 6/15/2026

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 1:26-cv-172

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
LOWELL GRIFFIN
was received by me on *(date)* 06-16-2026 .

☒ I personally served the summons on the defendant at
*(place)* Henderson County Sheriffs Office
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____

My fees are $ 36.25 for travel and $ 130.00 for services, for a total of
$ 166.25 .

I declare under penalty of perjury that this information is true.

Date: 07-02-2026 _____
Server's signature

JOSEPH COWAN, DUSM
Printed name and title

100 OTIS ST., Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc: